FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 19 2005

DAVID J. MALAND, CLERK
BY
DEPUTY_____

**United States District Court**
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:99cr89 |
| | § | (Judge Brown) |
| OSCAR MUYSSON | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of eighteen (18) months with twenty-four (24) months of supervised release to follow. It is further

**ORDERED** that the conditions of Defendant's supervised release shall be the same as the conditions of his previous term of supervised release.

SIGNED this 19 day of august, 2005.

*Paul Brown*
PAUL BROWN
UNITED STATES DISTRICT JUDGE